NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  05CR246(RMC)

RAYMUNDO LOPEZ-VARGAS
       (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

CHRISTOPHER M. DAVIS #385582
(Attorney & Bar ID Number)

DAVIS & DAVIS
(Firm Name)

514 10th Street NW - Ninth Floor
(Street Address)

Washington, DC 20004
(City)    (State)    (Zip)

202-234-7300
(Telephone Number)