WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-246- | MAGIS. NO: |
| V. Raymundo Lopez-Vargas aka Floy, aka Floyd | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED Raymundo Lopez-Vargas aka Floy, aka Floyd | FILED OCT 0 6 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:        PDID: | | |
| WARRANT ISSUED ON       Indictment | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

(Conspiracy to Commit Offense Against the United States)
(Production of Fraudulent Documents)
(Transfer of Fraudulent Documents)
(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States)
(Aggravated Identity Theft)
(Possession of Document-Making Implements)
(Unlawful Reentry of a Removed Alien)
(Aiding and Abetting)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| | 18 U.S.C. § 371       18 U.S.C. §1546(a)       18 U.S.C. § 922(a)(5), (b)(1)       18 U.S.C. § 2 |
| | 18 U.S.C. § 1028(a)(1),(b)(1)   18 U.S.C. § 1028A(a)(1)   18 U.S.C. § 1326(a) |
| | 18 U.S.C. § 1028(a)(2),(b)(1) |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: September 22, 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 9/22/05 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9-22-05 | NAME AND TITLE OF ARRESTING OFFICER SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER Sean McLeod |
|---|---|---|
| DATE EXECUTED 10-6-05 | | |