IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CR 05-246-04 (RMC) |
| **v.** : | |
| : | |
| **RAYMUNDO LOPEZ-VARGAS** : | |

### DEFENDANT LOPEZ-VARGAS' MOTION TO ADOPT AND CONFORM THE MOTION TO DISMISS FILED BY DAVID MORA-GIL

Defendant Raymundo Lopez-Vargas, by and through his attorney, Christopher M. Davis, respectfully requests that this Court permit him to adopt and conform the motion to dismiss filed by the co-defendant, David Mora-Gil, on July 25, 2005. Defendant Lopez-Vargas was arrested on August 23, 2005. He was not presented to the U.S. District Court until October 6, 2005. The defendants are similarly situated, have the same arguments to raise (with respect to delay in presentment) and therefore the granting of this motion will conserve judicial resources.

WHEREFORE, for all of the reasons outlined above, Defendant moves this Honorable Court grant relief consistent with his instant motion.

Respectfully submitted,

*Christopher M. Davis*
CHRISTOPHER M. DAVIS
DAVIS & DAVIS
The Lincoln Building
514 10th Street, NW 9th Floor
Washington, D.C. 20004
202-234-7300

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was filed electronically and all parties were served through electronic notification on this 23rd day of October, 2005.

*Christopher M. Davis*
Christopher M. Davis