IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

CR 05-246-04 (RMC)

v. :

**RAYMUNDO LOPEZ-VARGAS** :

# ORDER

Upon consideration of Defendant Raymundo Lopez-Vargas MOTION TO ADOPT AND CONFORM CO-DEFENDANT David Mora-Gil's MOTION TO DISMISS and any opposition or lack thereof, it is this_____ day of _____, 2005 hereby

ORDERED

that the Motion to Adopt and Conform is hereby granted..

_____
ROSEMARY M. COLLYER, JUDGE
UNITED STATES DISTRICT COURT