IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.:  05-246-04 (RMC) |
| | : | |
| v. | : | |
| | : | |
| **RAYMUNDO LOPEZ-VARGAS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## MOTION TO LATE-FILE OPPOSITION TO MOTION TO DISMISS PURSUANT TO FRCP 48(b)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests permission of the Court to late-file the attached Opposition to Motion to Dismiss Pursuant to FRCP 48(b).  As grounds for the Motion, the government states:

1.  The defendant filed a motion to join codefendant David Mora-Gil's motion to dismiss, and the government was ordered to respond by Friday, November 4, 2005. The government responded to similar motions filed by several codefendants, but through oversight, failed to respond to this particular defendant's motion.

2.  On November 7, 2005, the undersigned AUSA contacted defense counsel, Christopher Davis, Esq., who stated that he did not oppose the government's request to submit it's responses on this date.

3.  The government apologizes to the Court and counsel for any inconvenience for the submission of a late response.  However, the government does not believe that the defendant will be prejudiced by the late submission since a date has not yet been scheduled for a hearing on the motion.

WHEREFORE, the government respectfully requests that the Court grant the motion to late-file the government's response.

                                      Respectfully submitted,

                                      KENNETH L. WAINSTEIN
                                      United States Attorney
                                        D.C. Bar Number 451058

By: _____
Frederick Yette, DC Bar # 385391
       Assistant U.S. Attorney
       United States Attorney's Office
       555 4th Street, N.W.
       Washington, D.C.  20530
       (202) 353-1666
       Frederick.Yette@usdoj.gov