IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No.: 05-246-04 (RMC) |
| : | |
| v. : | |
| : | |
| **RAYMUNDO LOPEZ-VARGAS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Upon consideration of the government's Opposition to Motion to Dismiss Pursuant to FRCP 48(b), and for good cause shown,

It is this _____ day of _____, 2005

ORDERED, that the Motion to Late-File is granted, and the government's Opposition to Motion to Dismiss Pursuant to FRCP 48(b) shall be filed with the Clerk of the Court.

_____
ROSEMARY M. COLLYER
U.S. District Court Judge