UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 05-246 (RMC) |
| ) | |
| JOSE LUIS CONTRERAS-MACEDAS, ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion separately and contemporaneously issued, it is hereby

**ORDERED** that Defendants' motions to dismiss the indictment are **DENIED**.

**SO ORDERED**.


Date: June 20, 2006                                  /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge